**DENY; and Opinion Filed April 16, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00445-CV

## IN RE ARTHUR ROY MORRISON, Relator

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F93-58780L**

## MEMORANDUM OPINION
Before Justices Moseley, Fillmore, and Evans
Opinion by Justice Fillmore

Relator contends the trial court violated a ministerial duty by not ruling on his motion for judgment nunc pro tunc. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Simon v. Levario*, 306 S.W.3d 318, 320-21 (Tex. Crim. App. 2009) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

140445F.P05